# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00176-MOC-DSC

| | |
|---|---|
| SWIFT BEEF COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEX LEE, INC., )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion[s] for Admission Pro Hac Vice and Affidavit [for Clayton E. Bailey, Alexander Brauer and Benjamin L. Stewart]" (documents # 7-9) filed October 4, 2017. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 4, 2017

_____
David S. Cayer
United States Magistrate Judge