UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00176-MOC-DSC

| | |
|---|---|
| **SWIFT BEEF COMPANY**, | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| **ALEX LEE, INC.**, | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the consent Motion for Judicial Settlement Conference. Having considered the consent motion and reviewed the pleadings, and it appearing that the Honorable David C. Keesler, United States Magistrate Judge, is available and has agreed to conduct the Conference, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion for Judicial Settlement Conference (#86) is **GRANTED**, and special reference of this matter is made to Judge Keesler for the limited purpose of conducting a Judicial Settlement Conference. The parties are advised that a briefing schedule and a conference setting will be provided by Judge Keesler.

The Clerk of Court shall send a courtesy copy of this Order to Judge Keesler.

Signed: March 11, 2019

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge