# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:17-CV-176-MOC-DSC

| | |
|---|---|
| SWIFT BEEF COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEX LEE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding the Order (Document No. 87) of the Honorable Max O. Cogburn, Jr., granting "Defendant Alex Lee's Consent Motion For Judicial Settlement Conference" (Document No. 86). As such, the undersigned will schedule a Judicial Settlement Conference as set forth below.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on **Tuesday**, **April 11, 2019**, at **9:30 a.m.** in Courtroom #1-1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #1-1 and its attached conference rooms.

**SO ORDERED**.

Signed: March 11, 2019

David C. Keesler
United States Magistrate Judge