IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-00176-MOC-DSC

| | |
|---|---|
| SWIFT BEEF COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| ALEX LEE INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Joint Motion to Stay All Pre-Trial Deadlines Pending Judicial Settlement Conference" (document # 90) filed March 18, 2019. For the reasons set forth therein, the Motion will be granted.

IT IS FURTHER ORDERED that if the Judicial Settlement Conference does not result in the resolution of this case, the Parties shall meet and confer and present the Court with a proposed scheduling order within fourteen days after the Judicial Settlement Conference. The scheduling order entered thereafter shall then govern this case until final disposition.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: March 18, 2019

David S. Cayer
United States Magistrate Judge